# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**612**

**CAF 10-02472**

PRESENT: SCUDDER, P.J., SMITH, CENTRA, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF LOUIS JACKSON, II,
PETITIONER-APPELLANT,

V                                                                    ORDER

DEBBRA BEACH, RESPONDENT-RESPONDENT.

---

D.J. & J.A. CIRANDO, ESQS., SYRACUSE (ELIZABETH deV. MOELLER OF COUNSEL), FOR PETITIONER-APPELLANT.

RICHARD L. SOTIR, JR., ATTORNEY FOR THE CHILD, JAMESTOWN, FOR MARCEL J.

--------------------------------------------------------------------------------

Appeal from an order of the Family Court, Chautauqua County (Stephen W. Cass, A.J.), entered October 13, 2010 in a proceeding pursuant to Family Court Act article 6.  The order denied the violation petitions and modification petitions.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  June 8, 2012                          Frances E. Cafarell
                                                Clerk of the Court